# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 17-00109-01-CR-W-GAF |
| STEVEN MATTHEWS, ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Defendant's Motion to Dismiss Counts I and II of Indictment (Doc. #21). On August 1, 2018, United States Magistrate Judge Sarah W. Hays issued her Report and Recommendation (Doc. #28). On August 29, 2018, Defendant filed his Objections to the Report and Recommendation (Doc. #34).

Upon careful and independent review of the pending motion, defendant's objections to the Magistrate's Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Sarah W. Hays.

Accordingly, it is hereby ORDERED that Defendant's Motion to Dismiss Counts I and II of Indictment (Doc. #21) is DENIED.

SO ORDERED.

                                                                              s/ Gary A. Fenner
                                                                              GARY A. FENNER, JUDGE
                                                                              UNITED STATES DISTRICT COURT

DATED: September 12, 2018